CAUSE NUMBERS
PDi1602-14

WILLIE EUGENE HARDEMAN,        §        IN THE COURT OF
        Appellant              §
                               §
                               §
VS.                            §        CRIMINAL APPEALS
                               §
                               §
STATE OF TEXAS                 §        OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 17 2015

Abel Acosta, Clerk

MOTION FOR EXTENSION OF TIME TO
FILE EN BANC RECONSIDERATION

TO THE HONORABLE JUSTICES OF THE COURT:

FILED IN
COURT OF CRIMINAL APPEALS

SEP 17 2015

Abel Acosta, Clerk

Appellant asks the Court to extend the time to file the motion for en banc reconsideration.

## A.  Introduction

Comes Now, Willie Eugene Hardeman, Appellant, Pro se, in the above style, and numbered reference Cause, and files this Motion asking the Court to extend the time to file En Banc Reconsideration.

This motion is filed within the 15 day period to file a motion to extend the time to file a motion for en banc reconsideration, as required by Texas Rule of Appellate Procedure 49.8.

## B.  Argument & Authorities

The Court has the authority under Rule 49.8 to extend the time for a party to file a motion for en banc reconsideration.

Appellant's Motion for en banc reconsideration is due on 9/10/15.

Appellant requests an additional 30 days to file the motion for en banc reconsideration, extending the time until 10/10/15.

NO EXTENSION HAS BEEN GRANTED TO EXTEND THE TIME TO FILE THE MOTION FOR EN BANC RECONSIDERATION.

(1.)

Appellant needs additional time to file the motion for en banc reconsideration, because; Appellant is an unskilled layman at law. Appellant has been necessitated to seek unprofessional legal assistance in preparation and submittal for this legal institument and other semi-legal assistance from a fellow legal-minded (jailhouse lawyer) inmant.

As the Courts system are well aware, such jailhouse lawyer solicited unprofessional legal assistance is not always legally and factually sufficient, oftentimes untimely, and not regularly available. In addition, to obtaining the Court records for proceedings is extremely difficult while incarcerated.

The nuances of the law relating to instant causes of action are complex and beyond the "Legal Ability" of this Appellant. Appellant is unable to properly act in a semi-knowledgeable Pro se manner as counsel for himself to present a reasonable and adquate legal instrument.

Appellant has reasoned to believe and does believe that his petition for discretionary review states a claim upon which relief can be granted. That Appellant has stated (a) meritorious causes of action and will prevail upon the judgment of the causes.

## C. Conclusion

Appellant's issues complain-in pertinent part-that the "verdict" is so against the great weight and preponderance of the evidence that it is manifestly unjust, and not to grant Appellant's herein request for mote time to file en banc reconsideration would be a miscarriage of justice.

## D. Prayer

For these reasons, Appellant asks the Court to grant this motion to reconsider the case en banc, until 10/10/15.

## Unsworn Declaration

My name is Willie Eugene Hardeman, TDCJ #1891985, who is currently incarcerated at the Jester 3 Unit, located in Fort Bend County, Texas, do hereby declare that the foregoing facts contained in this motion for the requested exetension of time are true and correct to the best of my knowledge, pursuant to the penalty of perjury, as outlined in the Texas Practice and Remedies Code §132.001, §132.003. So stated on this 10th day of September, 2015

*Willie Eugene Hardeman*
Willie Eugene Hardeman, #1891985
Declarant

## Certificate of Service

I, Willie Eugene Hardeman, certify that a copy of the same has been mailed first class postage paid, to the Attorney for the State, on this 10th day of September, 2015, addressed to: Attorney General of Texas, Prosecuting Attorney, P.O. Box 12548, Capitol Station, Austin, Texas 78711.

*Willie Eugene Hardeman*
Willie Eugene Hardeman, #1891985

(3.)